UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE ALLEN HUBBARD, | No. 2:21-cv-00040 WBS GGH P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OFCALIFORNIA, | |
| Respondent. | |

Petitioner has filed a motion for stay pursuant to Rhines v. Weber, 544 U.S. 269 (2005). ECF No. 15. Respondent has filed a statement of non-opposition. ECF No. 18. In his motion for stay, however, petitioner has not identified which federal claims petitioner seeks to exhaust in state court. Accordingly, petitioner is directed to file a response to this order within twenty days indicating which unexhausted claims he seeks to pursue.

IT IS SO ORDERED.

Dated: April 20, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1