UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE ALLEN HUBBARD,<br><br>  Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>  Respondent. | No. 2:21-cv-00040 WBS GGH P<br><br><br><br>ORDER |

    To maintain efficient management of the case docket, the court will strike petitioner's first amended petition (ECF No. 22) from the docket. Petitioner did not obtain leave from the court to file a first amended petition prior to its filing.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to strike petitioner's first amended petition (ECF No. 22).

Dated: August 30, 2021

                          /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE