1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DWAYNE ALLEN HUBBARD,                    No.  2:21-cv-0040 WBS KJN P

12                 Petitioner,

13        v.                                  ORDER

14   LUIS MARTINEZ, Acting Warden,

15                 Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On December 07, 2021, Magistrate Judge Gregory G. Hollows filed findings and

21   recommendations herein which were served on all parties and which contained notice to all

22   parties that any objections to the findings and recommendations were to be filed within twenty-

23   one days.  On December 16, 2021, this case was re-assigned to Magistrate Judge Kendall J.

24   Newman.  Neither party filed objections to the findings and recommendations.

25         The court presumes that any findings of fact are correct.  See Orand v. United States, 602

26   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

27   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having

28   reviewed the file, the court finds the findings and recommendations to be supported by the record

1   and by the magistrate judge's analysis.

2        Accordingly, IT IS HEREBY ORDERED that:

3        1.  The findings and recommendations filed December 07, 2021, are adopted in full.

4        2.   The habeas petition is DENIED; and

5        3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C.

6   § 2253.

7   Dated:  January 13, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11   /hubb0040.801.hc

2